**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOLECULAR TEMPLATES, INC., *et al.*,[1] | Case No. 25-10739 (BLS) |
| Debtors. | (Jointly Administered) |

**AMENDED SCHEDULE E/F OF ASSETS
AND LIABILITIES  FOR MOLECULAR
<u>TEMPLATES OPCO, INC.</u>**

---

[1]    The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers, are: Molecular Templates, Inc. (9596) and Molecular Templates OpCo, Inc. (6035).  The Debtors' mailing address is: 124 Washington Street, Ste. 101 Foxboro, MA 02035.  All Court filings can be accessed at: https://www.veritaglobal.net/MolecularTemplates.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| MOLECULAR TEMPLATES, INC., *et al.*, | Case No. 25-10739 (BLS) |
| Debtors.[1] | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors in possession (the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtors' management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statements of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial Statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial Statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

In preparing the Schedules and Statements, the Debtors relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtors has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statements.

---

[1]    The Debtors in these chapter 11 cases, along with the Debtors' federal tax identification numbers, are: Molecular Templates, Inc. (9596) and Molecular Templates OpCo, Inc. (6035). The Debtors' mailing address is: 124 Washington Street, Ste. 101 Foxboro, MA 02035. All Court filings can be accessed at: https://www.veritaglobal.net/MolecularTemplates.

[2]    These Global Notes are in addition to any specific notes contained in the Debtors' Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of its restructuring advisor, Rock Creek Advisors, and other professionals. Craig Jalbert has signed the Schedules and Statements. Mr. Jalbert is the Chief Executive Officer of, and an authorized signatory for, the Debtors. Mr. Jalbert has not (and could not have) personally verified the accuracy of each Statements and representation contained in the Schedules and Statements, including Statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtors. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statements and Global Notes are likely not an accurate representation of the Debtors' liabilities on a GAAP basis.**

The Debtors and its employees, agents, attorneys, and other professionals shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or its employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or its employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  <u>Reservation of Rights</u>.  The Debtors reserve and preserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, without limitation, with respect to matters involving objections to claims, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter

3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.    <u>Description of the Case and "as of" Information Date</u>. On April 20, 2025 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtors continue to manage their assets as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

Additionally, the Debtors have made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available to, and further research is conducted by, the Debtors, the Debtors' allocation of liabilities between prepetition and postpetition periods may change.

3.    <u>Basis of Presentation</u>. For financial reporting purposes, the Debtors historically prepared consolidated financial Statements. The Schedules and Statements reflect the assets and liabilities of the Debtors on the basis of the Debtors' unaudited records. Furthermore, the Schedules and Statements do not purport to represent financial Statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial Statements previously distributed to certain third parties. Accordingly, the totals listed in the Schedules and Statements differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

To the extent that the Debtors shows more assets than liabilities, this is not an admission that the Debtors were solvent at the Petition Date or at any time prior to the Petition Date.

4.    <u>Recharacterization</u>. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items. Accordingly, the Debtors reserve and preserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.    <u>Excluded Assets and Liabilities</u>. In addition, certain immaterial assets and liabilities may have been excluded. The liabilities listed on the Schedules and Statements do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.

Accordingly, the Debtors reserve and preserve their rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

6.    <u>Insiders</u>.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of directors, officers, or persons in control of the Debtors; and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve and preserve all rights with respect to the foregoing issues.

7.    <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtors reserve and preserve all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that such contract or lease is not executory.  Certain of the leases and executory contracts listed on Schedule G were rejected pursuant to the *First Omnibus Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases Nunc Pro Tunc to the Petition Date, and (B) Abandon Any Personal Property that Remains at Leased Premises, and (II) Granting Related Relief* (D.I. 68).

In addition, the Debtors reserve and preserve all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.    <u>Classifications</u>.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," is

not a waiver of the Debtors' rights to recharacterize or reclassify such claims, contracts, leases or, amend such schedules.

9.     Causes of Action.  Despite its reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of its causes of action or potential causes of action against third parties (and in particular has not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers).  The Debtors reserve and preserve its rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "Causes of Action"), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

10.     Summary of Significant Reporting Policies.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)     Book Value.  Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values.

(b)     Cash.  Any cash balances in the Debtors' bank accounts set forth in Schedule A/B are based on the book balance as of the beginning of business on the Petition Date.

(c)     Property and Equipment: Owned.  Fixed assets are recorded at cost. Depreciation is computed on a straight line method over the estimated useful life of the asset.

(d)     Liens and Encumbrances on Assets.  In the ordinary course of the Debtors' business, tax liens and other encumbrances (e.g., judgment liens) are occasionally filed against assets owned by the Debtors.  The Debtors have made a reasonable, good faith effort to include all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

(e)     Undetermined Amounts.  The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

11.    <u>Setoffs</u>.  The Debtors incurred certain offsets and other similar rights during the ordinary course of its business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and its suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

12.    <u>Estimates and Assumptions</u>.    To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 case, the Debtors was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserves and preserves all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

13.    <u>Confidential or Sensitive Information</u>.    There may be instances where certain information in the Schedules and Statements was not included or redacted due to the nature of an agreement between the Debtors and a third party, concerns about the confidential or commercially sensitive nature of certain information, concerns for the privacy of an individual, or due to privacy-related laws and/or regulatory regimes.

14.    <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.    <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. As previously stated, the description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## <u>Specific Schedule Disclosures</u>

1. **Schedule A/B - Assets – Real and Personal Property:**

   a. **Part 1 – Cash and cash equivalents.** The Debtors' Cash Management System is comprised of four (4) bank accounts.  The Debtors' primary postpetition cash management bank is with Silicon Valley Bank.  Further details with respect to the Cash Management System are provided in the Cash Management Motion [D.I. 5]. The cash amount listed is as of the Petition Date and reflects the bank balance, not the net book value.

   b. **Part 2 – Deposits and Prepayments.** Part 2 identifies previous payments made on behalf of the Debtors for services or prepayments of services or other

obligations.

c.  **Part 7 – Office furniture, fixtures, and equipment; and collectibles.**  Actual realizable values may vary significantly relative to net book values as of the Petition Date.  Additionally, in an effort to reduce the volume of the disclosures that would be otherwise applicable, the Debtors is disclosing its fixed assets at the category level.

d.  **Part 8 – Machinery, equipment, and vehicles.**  Machinery and Equipment leased by the Debtors is listed on both Schedule A/B and on Schedule G.  Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

e.  **Part 9 – Real Property.**  Property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G.  Furthermore, the property value is scheduled in accordance with the Debtors' books and records, which may not comport with the legal owner of record.  Actual realizable values of the assets identified may vary significantly relative to recorded values as of the Petition Date, which reflect net book value. The Debtors reserve all rights to recharacterize its interests in real property at a later date.

f.  **Part 10 – Intangibles and intellectual property.**  Part 10 identifies the various trademarks, patents, and website domains owned and maintained by the Debtors.  The Schedules may not list the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors used for their operation, which are easily obtainable and hold minimal value, are not included.

g.  **Part 11 – All other assets.**  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors has not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

2.  **Schedule D – Creditors Who Have Claims Secured by Property:**

a.  The claims listed on Schedule D arose and were incurred on various dates.  To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

b.  Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtors and, subject to the

foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Craig Jalbert in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 15] (the "First Day Declaration").

c.  Schedule D does not include beneficiaries of letters of credit.  Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.  The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

3.  **Schedule E/F – Creditors Who Have Unsecured Claims:**

a.  **Part 1 – List all creditors with priority unsecured claims.**  The Debtors' analysis of any potential priority claims is ongoing.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

b.  **Part 2 – Creditors with Nonpriority Unsecured Claims.**  Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected postpetition.

4.  **Schedule G – Executory Contracts and Unexpired Leases.**

a.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors,

omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. The Debtors have not included on Schedule G the engagement letters with any of the Debtors' professionals that have been retained pursuant to an order of the Court in these Chapter 11 Cases, which agreements have been publicly filed with the Court. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease, that such Agreement was in effect on the Petition Date, or that such Agreement is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

### Specific Notes with Respect to the Debtors' Statements of Financial Affairs

1. **Part 1: Income. Questions 1.** The Debtors receive a certain amount of cash up-front from specific contracts that is recorded as deferred revenue and recognized into revenue over time as certain milestones are completed.

2. **Part 2: Income. Questions 3 and 4.** In the ordinary course of their business, the Debtors maintain a cash management system in which the Debtors disburse funds from their operating account that are used to satisfy their ordinary course operating expenses and financial obligations as further explained in the Cash Management Motion. Consequently, most, if not all, payments to creditors and insiders listed in response to Questions 3 and 4 of the Debtors' Statements reflect payments made pursuant to the Debtors' cash management system described in the Cash Management Motion.

3. **Part 3: Legal Action or Assignments. Question 7.** Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. The Debtors used commercially reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto using information available to the Debtors. In the event that the Debtors discover additional information pertaining to the legal action identified in response to Statement 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

4. **Part 6: Certain Payments or Transfers. Question 11.** All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtors' response

to Statements 11.

5. **Part 13: Details About the Debtors' Business or Connections to Any Business. Question 26(d).**  Molecular Templates, Inc. is a registrant with the Securities Exchange Commission and files periodic consolidated financial reports that include financial Statements that are available to the public.  The Debtors have also provided financial Statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial Statements for the purposes of Statements 26(d).

6. **Part 13: Details About the Debtors' Business or Connections to Any Business. Question 30.**  For information related to payments and transfers to insiders, please refer to SOFA question number four.

**Fill in this information to identify the case:**

Debtor name   **Molecular Templates Opco, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-10740**

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Department of Treasury**<br>**Cincinnati, OH 45999-0038** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Texas Comptroller**<br>**PO Box 149348**<br>**Austin, TX 78714-9348** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williamson County Tax Collector**
**904 S. Main St.**
**Georgetown, TX 78626**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

_____

Date or dates debt was incurred

Basis for the claim:  _____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,562.05** |
|---|---|---|---|

**Ace Pipettes, LLC**
**14230 Prospect Point Drive**
**Cypress, TX 77429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,217.81** |
|---|---|---|---|

**Acro Biosystems**
**1 Innovation Way**
**Newark, DE 19711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.50** |
|---|---|---|---|

**Agilent**
**5301 Stevens Creek Blvd.**
**Santa Clara, CA 95051**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.40** |
|---|---|---|---|

**Airgas USA LLC**
**PO Box 734671**
**Dallas, TX 75373-4671**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,805.00** |
|---|---|---|---|

**Alliance Advisors, LLC**
**200 Broadacres Drive**
**Suite 3**
**Bloomfield, NJ 07003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Services Performed**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,601.75** |
|---|---|---|---|

**Alloy Therapeutics Inc**
**44 Hartwell Ave**
**Suite 2**
**Lexington, MA 02421**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$397.09** |
|---|---|---|---|

**AT&T Services, Inc.**
**PO Box 5014**
**Carol Stream, IL 60197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,451.68** |
|---|---|---|---|

**Austin Idealease, LLC**
**5010 Burleson Rd.**
**Austin, TX 78744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.39** |
|---|---|---|---|

**Austin Welder & Generator Service, Inc.**
**2004 Howard Lane**
**Austin, TX 78728**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Baylor Research Institute**
**3434 Live Oak**
**Dallas, TX 75204**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,490.72** |
|---|---|---|---|

**BD Biosciences**
**21588 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$424.39** |
|---|---|---|---|

**Bio-Rad Laboratories**
**PO Box 849740**
**Los Angeles, CA 90084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molecular Templates Opco, Inc.**                    Case number (if known)    **25-10740**
_____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,641.01** |
|---|---|---|---|

**BioAgilytix Labs**
**1320 Soldiers Field Road**
**Brighton, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,208.47** |
|---|---|---|---|

**BioIVT, LLC**
**P.O. Box 770**
**Hicksville, NY 11802-0770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,448.27** |
|---|---|---|---|

**BioLegend**
**PO Box 102100**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,247.37** |
|---|---|---|---|

**BioSpace, Inc.**
**10506 Justin Dr.**
**Urbandale, IA 50322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**Calhoun, Thomson & Matza, LLP**
**PO Box 736044**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Capralogics, Inc.**
**PO Box 356**
**Hardwick, MA 01037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377,117.78** |
|---|---|---|---|

**CBRE, Inc.**
**PO Box 848844**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263,425.74**

**Cedars Sinai Medical Center**
**8700 8700 Beverly Blvd.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,507.78**

**CellCarta Logistics ULC**
**101 Isley Ave., Unit 5**
**Darmouth**
**Nova Scotia, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,766.45**

**CellCarta NV**
**78-80 Sint-Bavostraat**
**Wilrijk**
**Antwerp**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,978.67**

**Cenetron**
**2111 W. Braker Lane,Bldg 5**
**Suite 300**
**Austin, TX 78758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94,592.50**

**Charles River Labs**
**GPO Box 27812**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,760.45**

**Cogent Communications Inc**
**2450 N Street NW**
**Washington, DC 20037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,383.00**

**Computer Packages Inc.**
**11 N. Washington Street**
**Suite 300**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Molecular Templates Opco, Inc.**                    Case number (if known)   **25-10740**
         _____
         Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,636.50 |
|---|---|---|---|

**Computershare Inc.**
250 Royall Street
Canton, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,574.04 |
|---|---|---|---|

**Concur Technologies, Inc.**
62157 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.64 |
|---|---|---|---|

**Controlled Contamination Services, Inc**
14800 Landmark Blvd.
Suite 155
Dallas, TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,685.84 |
|---|---|---|---|

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services Performed__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,250.00 |
|---|---|---|---|

**Corazon Sanders**
1950 Hughes Landing Blvd.
Apt. 812
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,917.60 |
|---|---|---|---|

**CT Corporation**
28 Liberty Street, 42nd Floor
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,878.31 |
|---|---|---|---|

**CTCA Clinical Research, LLC**
2520 Elisha Ave.
Zion, IL 60099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,316.40
**Culligan of Austin**
110 W Fremont Street
Owatonna, MN 55060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,496.00
**Danox Environmental Services, Inc.**
102 Mary Alice Park Road
Suite 104
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,904.27
**Dartmouth-Hitchcock Clinic**
One Medical Center Drive
Lebanon, NH 03756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,749.99
**David R. Hoffmann**
███████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,601.75
**Dell Marketing LP**
PO Box 676021
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,520.00
**Donnelley Financial, LLC**
PO Box 842282
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Services Performed**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00
**Donohoe Advisory Associates LLC**
9801 Washingtonian Blvd
Suite 340
Gaithersburg, MD 20878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molecular Templates Opco, Inc.**                              Case number (if known)    **25-10740**
_____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.72 |

**3.41**
Nonpriority creditor's name and mailing address
**DS Services of America, Inc.**
**PO Box 660579**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$460.72**

---

**3.42**
Nonpriority creditor's name and mailing address
**Ecolab Inc. /dba Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,645.64**

---

**3.43**
Nonpriority creditor's name and mailing address
**Ellab, Inc.**
**303 E 17th Ave**
**Ste 10**
**Denver, CO 80203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,821.25**

---

**3.44**
Nonpriority creditor's name and mailing address
**EMD Millipore**
**25760 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,399.27**

---

**3.45**
Nonpriority creditor's name and mailing address
**Equisolve, Inc.**
**3500 SW Corporate Parkway**
**Suite 206**
**Palm City, FL 34990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,129.86**

---

**3.46**
Nonpriority creditor's name and mailing address
**Equity Plan Solutions**
**1495 Virginia Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,500.00**

---

**3.47**
Nonpriority creditor's name and mailing address
**eResearch Technology**
**225 West Station Square Dr**
**Pittsburgh, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,430.57**

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,750.00** |
|---|---|---|---|
| | **Ernst & Young U.S. LLP**<br>**200 Plaza Drive**<br>**Ste 2222**<br>**Secaucus, NJ 07094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Services Performed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,078.56** |
|---|---|---|---|
| | **Evoqua Water Technologies LLC**<br>**28563 Network Place**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285,505.87** |
|---|---|---|---|
| | **Fairjourney Biologics SA**<br>**Rua do Campo Alegre. n823**<br>**Porto**<br>**Portugal** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.07** |
|---|---|---|---|
| | **FedEx**<br>**PO Box 660481**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,999.98** |
|---|---|---|---|
| | **Gabriela Gruia Consulting, LLC**<br>**350 Albany St. Apt 2D**<br>**New York, NY 10280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Services Performed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,651.50** |
|---|---|---|---|
| | **GenScript USA Inc.**<br>**860 Centennial Ave.**<br>**Piscataway, NJ 08854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.39** |
|---|---|---|---|
| | **GenServe, LLC**<br>**100 Newtown Road**<br>**Plainview, NY 11803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Debtor** **Molecular Templates Opco, Inc.**　　　　　　　　　Case number (if known)　**25-10740**

Name

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,974.90 |
|---|---|---|---|

**Gibson, Dunn & Crutcher LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Performed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**Grande Communication Networks LLC**
**PO Box 679367**
**Dallas, TX 75267**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,749.98 |
|---|---|---|---|

**Harold Edwin Selick**

███████████████

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Horizon Oncology Research, LLC**
**1345 Unity Place**
**Suite 365**
**Lafayette, IN 47905**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,250.82 |
|---|---|---|---|

**Ideagen Gael LTD.**
**Mere Way**
**Ruddington Nottinghamshire**
**Scotland**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Integral Molecular, Inc.**
**25 N. 38th St.**
**Suite 800**
**Philadelphia, PA 19104**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,413.65 |
|---|---|---|---|

**Joe W. Fly Co. Inc.**
**PO Box 678106**
**Dallas, TX 75267**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor**  **Molecular Templates Opco, Inc.**
_____
Name

**Case number** (if known)    **25-10740**

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,499.98 |
|---|---|---|---|

**Kevin M. Lalande**

[REDACTED]

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,801.49 |
|---|---|---|---|

**Life Technologies Corporation**
**Thermo Fisher Scientific**
**32822 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,501.82 |
|---|---|---|---|

**LifeSci Advisors**
**250 W 55th Street**
**Suite 16B**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,051.29 |
|---|---|---|---|

**Linde Gas & Equipment Inc**
**2301 SE Creekview Drive**
**Ankeny, IA 50021**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,635.00 |
|---|---|---|---|

**Marken LLP**
**145-43 226th St**
**Springfield Gardens, NY 11413**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,378.76 |
|---|---|---|---|

**Mary Crowley Medical Research Center**
**7777 Forest Lane Building C**
**Suite 707**
**Dallas, TX 75230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,051.33 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**
**PO Box 123028**
**Dallas, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213,985.76** |
|---|---|---|
| **Mathys & Squire** | ☐ Contingent | |
| **The Shard32 London Bridge Street** | ☐ Unliquidated | |
| **London** | ☐ Disputed | |
| **United Kingdon** | | |
| | **Basis for the claim:** _Services Performed_ | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,850.00** |
|---|---|---|
| **MBL International Corp.** | ☐ Contingent | |
| **15A Constitution Way** | ☐ Unliquidated | |
| **Woburn, MA 01801** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,898.31** |
|---|---|---|
| **Meso Scale Discovery** | ☐ Contingent | |
| **PO Box 75112** | ☐ Unliquidated | |
| **Baltimore, MD 21275** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.27** |
|---|---|---|
| **Micro Precision Calibration, Inc.** | ☐ Contingent | |
| **22835 Industrial Place** | ☐ Unliquidated | |
| **Grass Valley, CA 95949** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,018.85** |
|---|---|---|
| **Nasdaq Corporate Solutions, LLC** | ☐ Contingent | |
| **151 W 42nd Street New York** | ☐ Unliquidated | |
| **New York, NY 10036** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,220.44** |
|---|---|---|
| **Navex Global Inc** | ☐ Contingent | |
| **P.O. Box 60941** | ☐ Unliquidated | |
| **Charlotte, NC 28260** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,183.01** |
|---|---|---|
| **Navigator Business Solutions Inc** | ☐ Contingent | |
| **180 S. 100 W., Unit 279** | ☐ Unliquidated | |
| **Pleasant Grove, UT 84062** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134,584.63** |
|---|---|---|---|
| | **Northwest Cancer Centers, PC**<br>**1001 Calumet Ave.**<br>**Dyer, IN 46311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,446.67** |
|---|---|---|---|
| | **Northwestern University**<br>**633 Clark Street**<br>**Evanston, IL 60208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,999.36** |
|---|---|---|---|
| | **Novotech (Australia) Pty Ltd**<br>**PO Box 20109**<br>**Sydney**<br>**New South Wales, Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,478.57** |
|---|---|---|---|
| | **NW Austin Office Partners LLC**<br>**2765 Sand Hill Rd, Ste 200**<br>**Ste 200**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Landlord__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,170.77** |
|---|---|---|---|
| | **NW Austin Office Partners MEARF HoldCo**<br>**2765 Sand Hill Road**<br>**Suite 200**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Landlord__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$241,129.80** |
|---|---|---|---|
| | **NYU School of Medicine**<br>**One Park Avenue, 5th Floor (5-818)**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Landlord__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.55** |
|---|---|---|---|
| | **Pall Life Sciences**<br>**PO Box 419501**<br>**Boston, MA 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Molecular Templates Opco, Inc.** | Case number (if known) | **25-10740** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|---|

**Peggy S Edge, CPA, LLC**
**PO Box 204151**
**Austin, TX 78720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services Performed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,288.00 |
|---|---|---|---|

**Prisma Health-Upstate**
**900 W. Faris Rd., CTC**
**3rd Floor**
**Greenville, SC 29605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137.50 |
|---|---|---|---|

**ProPharma Group Holdings, LLC**
**1129 Twentieth St, NW**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,092.33 |
|---|---|---|---|

**Prudential Overall Supply**
**1661 Alton Parkway**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,533.17 |
|---|---|---|---|

**PSI CRO AG**
**Baarerstrasse 113a**
**Switzerland**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,723.33 |
|---|---|---|---|

**Q Squared Solutions Biosciences LLC**
**PO Box 603210**
**Charlotte, NC 28260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,815.00 |
|---|---|---|---|

**R&D Systems**
**614 McKinley Place NE**
**Minneapolis, MN 55413**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Molecular Templates Opco, Inc.**

Name

Case number (if known)   **25-10740**

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,076.82 |

**Resilient Intelligent Networks**
PO Box 1285
Argyle, TX 76226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,436.96 |

**RingCentral, Inc.**
PO Box 734232
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,543.98 |

**Robinhood Markets, Inc. Say Technologies**
85 Willow Road
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,418.06 |

**Sanford Research**
2301 2301 E. 60th Street
Sioux Falls, SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,650.08 |

**Sanguine Biosciences, Inc.**
5000 Van Nuys Blvd
Suite 205
Sherman Oaks, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,338.95 |

**Sarah Cannon Research Institute, LLC**
1100 Dr. Martin L. King Blvd.
Suite 800
Nashville, TN 37201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**SHI International Corp**
PO Box 952121
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molecular Templates Opco, Inc.**                                      Case number (if known)    **25-10740**
_____
Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,745.66** |
|---|---|---|---|

**Sigma-Aldrich, Inc.**
**PO Box 535182**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,990.00** |
|---|---|---|---|

**Smartsheet Inc.**
**Smartsheet Inc. Dept 3421**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,576.53** |
|---|---|---|---|

**Syneos Health Clinical, Inc. Syneos Clin**
**1030 Sync Street**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,147.45** |
|---|---|---|---|

**The Brandt Companies, LLC**
**PO Box 227351**
**Dallas, TX 75222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,861.94** |
|---|---|---|---|

**Thermo Electron N.A.**
**PO Box 742775**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,246.33** |
|---|---|---|---|

**Thomas Scientific, LLC**
**1654 High Hill Rd.,**
** PO Box 99**
**Swedesboro, NJ 08085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,210.00** |
|---|---|---|---|

**Three Way Logistics**
**PO Box 1806**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Molecular Templates Opco, Inc. | Case number (if known) | 25-10740 |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Tigermed-BDM, Inc.**
**100 Franklin Square Dr**
**Suite 305**
**Somerset, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$192,353.55**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Toppan Merrill LLC**
**1501 Energy Park Drive**
**Saint Paul, MN 55108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$17,738.24**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Transperfect Holdings, LLC**
**1250 Broadway, 7th Floor**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,270.40**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**U.S. Bank National Association**
**as assignee for Toshiba Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$24,861.37**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**University of Miami**
**1120 NW 14th Street, Room# 874**
**Miami, FL 33136**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$84,539.51**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**University of Southern California**
**1441 Eastlake Ave**
**Los Angeles, CA 90033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,713.14**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**Veeva Systems Inc**
**4280 Hacienda Dr.**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$8,447.00**

---

Debtor **Molecular Templates Opco, Inc.**
_____
Name

Case number (if known)    **25-10740**

| | |
|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Veolia WTS Analytical Instruments, Inc.**
**6060 Spine Road**
**Boulder, CO 80301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,740.93**

---

3.112 **Nonpriority creditor's name and mailing address**
**WCG Clinical, Inc. dba WCG IRB, LLC**
**212 Carnegie Center**
**Suite 301**
**Princeton, NJ 08540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$334.00**

---

3.113 **Nonpriority creditor's name and mailing address**
**Weaver and Tidwell, LLP**
**2821 2821 West 7th St**
**Suite 700**
**Fort Worth, TX 76107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Performed**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,312.50**

---

3.114 **Nonpriority creditor's name and mailing address**
**Weill Medical College of Cornell Univ.**
**1300 York Ave**
**New York, NY 10065**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,232.50**

---

3.115 **Nonpriority creditor's name and mailing address**
**XenTech SAS**
**4, rue Pierre Fontaine**
**Evry**
**France**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,647.92**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,760,798.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,760,798.45 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Molecular Templates Opco, Inc.__

United States Bankruptcy Court for the: _____ District of __DELAWARE__
(State)

Case number (*If known*): __25-10740_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* __E/F__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/02/2025___        ✗ */s/ Craig Jalbert*
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   Craig Jalbert
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor